No. 95–1918. ARKANSAS *v.* FARM CREDIT SERVICES OF CENTRAL ARKANSAS ET AL. C. A. 8th Cir. [Certiorari granted, 519 U. S. 1085.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–552. AGOSTINI ET AL. *v.* FELTON ET AL.; and

No. 96–553. CHANCELLOR, BOARD OF EDUCATION OF THE CITY OF NEW YORK, ET AL. *v.* FELTON ET AL. C. A. 2d Cir. [Certiorari granted, 519 U. S. 1086.] Motion of the Acting Solicitor General for divided argument granted.

No. 96–663. KLEHR ET UX. *v.* A. O. SMITH CORP. ET AL. C. A. 8th Cir. [Certiorari granted, 519 U. S. 1073.] Motion of American Council of Life Insurance et al. for leave to participate in oral argument as *amici curiae* denied.

No. 96–5955. RICHARDS *v.* WISCONSIN. Sup. Ct. Wis. [Certiorari granted, 519 U. S. 1052.] Motion of Wayne County, Michigan, for leave to file a brief as *amicus curiae* denied.

No. 96–1177. IN RE CONSTANT; and

No. 96–1178. IN RE CONSTANT. Petitions for writs of mandamus denied.

No. 96–957. JEFFERSON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JEFFERSON, DECEASED, ET AL. *v.* CITY OF TARRANT, ALABAMA. Sup. Ct. Ala. Certiorari granted limited to the following question: "Whether, when a decedent's death is alleged to have resulted from a deprivation of federal rights occurring in Alabama, the Alabama Wrongful Death Act, Ala. Code § 6–5–410 (1993), governs the recovery by the representative of the decedent's estate under 42 U. S. C. § 1983?"

No. 96–6839. ALMENDAREZ-TORRES *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.